**Dorothy CLARK, Individually and as Administratrix of the Estate of Charles Clark, Plaintiff–Appellee,**

v.

**CHRYSLER CORPORATION, Defendant–Appellant.**

No. 97–6380.

United States Court of Appeals, Sixth Circuit.

Nov. 3, 2003.

Richard Hay, Somerset, KY, for Plaintiff–Appellee.

**454**

Brian D. Sullivan, Reminger & Reminger, Cleveland, OH, Theodore J. Boutrous, Jr., Thomas H. Dupree, Jr., Gibson, Dunn & Crutcher, Washington, DC, Lawrence A. Sutter, Sutter, O'Connell, Mannion & Farchione, Cleveland, OH, for Defendant–Appellant.

Before: MERRITT and NELSON, Circuit Judges, and OLIVER, District Judge.[1]

### ORDER

On October 6, 2003, the Supreme Court of the United States granted Chrysler Corporation's petition for a writ of certiorari, vacated this court's judgment, and remanded this case for further consideration in light of *State Farm Mutual Automobile Ins. Co. v. Campbell*, 538 U.S. 408, 123 S.Ct. 1513, 155 L.Ed.2d 585 (2003). Therefore, and because the effect of *State Farm* should first be addressed in the district court, this case is **REMANDED** to the United States District Court for the Eastern District of Kentucky for further proceedings in accordance with the Supreme Court's order.